UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR GRICE #254091,

    Plaintiff,

v.

UNKNOWN HAIRSTON, et al.,

    Defendants.

_____/

Hon. Paul L. Maloney

Case No. 1:23-cv-938

**<u>CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER</u>**

Arthur Grice has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

Response in Opposition – ECF No. [28]

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Arthur Grice files a signature page (attached) within 21 days of the date of this order.

IT IS SO ORDERED

Date: June 17, 2024
mlc

/s/ Ray Kent
RAY KENT
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR GRICE #254091,

    Plaintiff,

v.

                                  Hon. Paul L. Maloney

UNKNOWN HAIRSTON, et al.,              Case No. 1:23-cv-938

    Defendants.
_____/

**SIGNATURE PAGE FOR:**

Response in Opposition – ECF No. [28]

    The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.